[No. 6230–9–III. Division Three. August 6, 1985.]

DOUGLAS COUNTY, ET AL, *Respondents,* v. HERSCHEL
H. SPARKS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Douglas County, No. 13146, Clinton J. Merritt, J., entered
November 3, 1983. *Reversed* by unpublished opinion per
McInturff, A.C.J., concurred in by Munson and Thompson,
JJ.

[No. 6107–8–III. Division Three. August 6, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. BERNARD
H. OLSON, *Appellant.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 6311, Charles W. Cone, J., entered
September 26, 1983. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by McInturff, A.C.J., and
Munson, J.

[No. 7169–0–II. Division Two. August 6, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. LEE
CURTIS LILEY, *Appellant.*

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 83–1–00127–4, Milton R. Cox, J.,
entered June 30, 1983. *Affirmed* by unpublished opinion
per Petrich, J., concurred in by Reed, A.C.J., and
Alexander, J.